```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :      Information
                                  :
RAFAL J. JARZEBOWSKI,             :      08 Cr. 598 (KMK)
                                  :
              Defendant.          :
- - - - - - - - - - - - - - - - - x
```

**ORIGINAL**

COUNT ONE

The United States Attorney charges:

1. On or about May 13, 2008, in the Southern District of New York and elsewhere, RAFAL J. JARZEBOWSKI, the defendant, then being an alien illegally in the United States, unlawfully, wilfully and knowingly did possess in and affecting commerce, a firearm, to wit, the defendant possessed, among other things, a .22 caliber Ruger semiautomatic rifle, a 12 gauge shotgun, a .22 caliber Marlin Lever Action rifle, a .22 caliber Ruger semiautomatic rifle, an AK47 assault rifle, a .223 Winchester bolt action rifle, nine AK47 magazines, 350 rounds of .22 caliber long rifle ammunition, 100 rounds of AK47 ammunition, 19 rounds of 12 gauge ammunition, 14 rounds of .223 rifle ammunition, 13 rounds of .45 caliber ammunition, one .45 caliber magazine, three .22 caliber

rifle magazines, four rounds of .50 caliber ammunition, and two AR-15 assault rifle magazines, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(5)(A).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney