**ORIGINAL**

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**           :

        v.                                     :

                                           08 Cr. 598 (KMK)

**RAFAL J. JARZEBOWSKI,,**              :

        Defendant.              :

------------------------------------x

      RAFAL J. JARZEBOWSKI,, the above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g)(5)(A), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                            _/s/ Jarzebowski_
                                                            Defendant

                                                            _/s/ Susanne Brody_
                                                            Counsel for Defendant

Date:  White Plains, New York
          June 2, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:



EXHIBIT 1